**Roy A. H. KNISELY, Defendant-Appellant, v. UNITED STATES of America, Plaintiff-Appellee.**

No. 11666.

United States Court of Appeals
Sixth Circuit.

Dec. 18, 1952.

Roy H. Lambert, Toledo, Ohio, Harry Peterson, Minneapolis, Minn., and Thomas V. Sullivan, Chicago, Ill., for appellant.

Gerald P. Openlander, Asst. U. S. Atty., Toledo, Ohio, for appellee.

Before SIMONS, Chief Judge, and AL-LEN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the arguments of counsel in open court, and it appearing that the case presents solely questions of fact, and it appearing that the verdict of the jury and judgment of the court are sustained by the evidence, and there appearing no reversible error in the charge of the court or the conduct of counsel for the government, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed.

**Mrs. Jessie CLARK, Executrix of the Estate of Mrs. Lillie Slusmeyer, and Administratrix of CTA De Bonis Non of the Estate of Herman H. Slusmeyer, Appellant, v. Louis SLUSMEYER, Appellee.**

No. 11525.

United States Court of Appeals
Sixth Circuit.

Dec. 18, 1952.

Raymond C. Schultz and Francis T. Goheen, Paducah, Ky., and T. Robert Acklen, Memphis, Tenn., for appellant.

Richard R. Bryan and E. P. James, Paducah, Ky., for appellee.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and it appearing that the judgment of the district court, D.C., 99 F. Supp. 484, is sustained by substantial evidence, and no prejudicial error appearing on the trial of the case, and the court being duly advised,

Now, therefore, it is ordered, adjudged. and decreed that the judgment be and is hereby affirmed, in accordance with the findings of fact, the order and additional findings of fact and the conclusions of law of the district court.